**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In re: ETERNAL ENTERPRISE, INC, ) | |
| ) | Case No. 14-20292 |
| Debtor-in-Possession. ) | |
| ) | Chapter 11 |
| ) | |
| ) | July 12, 2017 |
| ) | |

**MOTION TO EXTEND EFFECTIVE DATE OF**
**CONFIRMED CHAPTER 11 PLAN**

Hartford Holdings, LLC ("HH"), secured creditor and plan proponent herein (which Plan has been confirmed with an effective date of July 31, 2017; the "Confirmed Plan"), hereby respectfully requests that the effective date, as currently provided in the Confirmed Plan, be extended. In support of this request, HH respectfully states as follows:

1.  HH is the plan proponent of the <u>Second Modified Fifth Amended Chapter 11 Plan</u>, ECF #709 (the "Plan").

2.  After lengthy proceedings throughout this case, the Court initially confirmed the Plan by its Order dated April 13, 2017, ECF #997 (the Confirmation Order), which Confirmation Order followed this Court's <u>Memorandum and Ruling</u> (the "Memorandum"), also dated April 13, 2017 (ECF #996), and which was followed by the Court's <u>Amended Memorandum and Ruling</u> (the "Amended Memorandum"), dated April 19, 2017 (ECF #1017).

1609513

3. Pursuant to the Amended Memorandum, the "Effective Date" of the Plan was established to be July 31, 2017, subject to further order of this Court.

4. HH represents that good cause exists to extend the current Effective Date, until August 31, 2017, subject to possible further orders of this Court. HH believes, and so represents, that the Debtor consents to this request for extension of the Effective Date.

5. In support of this request for an extension of the Effective Date, HH represents that the parties, including HH, the Debtor and the Debtor's principal and sole shareholder, Vera Mladen (the "Shareholder"), have engaged in significant discussions regarding an alternative means of concluding this case and the Debtor-Creditor relationship as between HH and the Debtor, such as might result in value being provided to the Shareholder.

6. The issues involved in determining exactly how to conclude this case and the Debtor-Creditor relationship between the parties, within the boundaries of the requirements of the Bankruptcy Code and other considerations are complex. HH, and upon information and belief, the Debtor and Shareholder seek the Court's indulgence in allowing sufficient time to consider all options before proceeding further towards the Plan becoming effective.

1609513

**WHEREFORE**, HH requests that the Court extend the current Effective Date from July 31, 2017 to August 31, 2017, subject to such other and further orders of the Court as may be necessary and appropriate.

Dated at Hartford, Connecticut, this 12th day of July, 2017.

**HARTFORD HOLDINGS, LLC**

By: */s/ Thomas A. Gugliotti*
Thomas A. Gugliotti, Esq.
Federal Bar No. ct05288
Kevin McEleney, Esq.
Federal Bar No. 27673
Updike, Kelly & Spellacy, P.C.
100 Pearl Street, 17th Fl.
P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2661
Fax (860) 548-2680
E-mail: tgugliotti@uks.com
E-mail: kmceleney@uks.com

1609513