# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-20292(AMN) |
| | ) | |
| ETERNAL ENTERPRISE, INC., | ) | CHAPTER 11 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## ORDER OF RECUSAL AND REASSIGNMENT OF CASE

Pursuant to 28 U.S.C. § 455(a), the Honorable Ann M. Nevins has determined that recusal is appropriate in the above-referenced Chapter 11 case. Therefore, it is hereby

**ORDERED:** The Honorable Ann M. Nevins is recused from the above-referenced case; and it is further

**ORDERED:** This case is reassigned to the Honorable James T. Tancredi and all matters in this case shall proceed in the Hartford Division of the United States Bankruptcy Court for the District of Connecticut.

**IT IS SO ORDERED** at Bridgeport, Connecticut this 17th day of July, 2017.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut